# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>PLAINTIFF(S)<br>v.<br>HOOVES LIQUOR STORE OF ORANGE AND ROBERTO GONZALES,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:21-cv-1660-CAS-KES<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                                          United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

Plaintiff sues Hooves Liquor Store and its manager, Roberto Gonzales, for firing him after he complained about Gonzales playing profane music. He alleges federal question jurisdiction based solely on 42 USC §1981(b), but that law only defines the phrase "make and enforce contracts" as used in §1981(a), which gives all persons in the U.S. the same right to "make and enforce contracts … as is enjoyed by white citizens …." Section 1981 does not federalize breach of contract claims. Plaintiff does not allege racial discrimination. That Plaintiff's right to file lawsuits in state court is limited by a vexatious litigant order does not create federal jurisdiction.

October 8, 2021                                    Karen E. Scott  */s/ Karen E. Scott*
Date                                                          United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

October 8, 2021                                    */s/ Christina A. Snyder*
Date                                                          United States District Judge